█ Leon Press, Appellant, v. A. A. Truck Renting Corp. et al., Respondents.— In a negligence action to recover damages for personal injury, plaintiff appeals from an "order" of the Supreme Court, Queens County, dated December 23, 1965, which, upon the court's own motion, stated that a general preference in trial was not warranted. Appeal dismissed, with $10 costs and disbursements. The paper containing the ex parte decision is not an order appealable as of right (CPLR 5701, subd. [a]; *Kirzon* v. *Marcus Corp.*, 18 A D 2d 906). Had an appeal been properly before us, we would have affirmed the disposition below on the merits. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

█ The People of the State of New York, Respondent, v. Theodore Rhodes, Appellant.— In a *coram nobis* proceeding, defendant appeals from (1) an order of the Supreme Court, Queens County, entered December 1, 1964, which denied his application to vacate a judgment of said court, rendered August 5, 1963, convicting him of assault in the second degree with intent to commit rape, upon a plea of guilty, and imposing sentence and (2) an order of said court, entered April 6, 1965, which denied his motion to be furnished with certain records of the proceedings against him. The judgment was affirmed (*People* v. *Rhodes,* 21 A D 2d 906, affd. 15 N Y 2d 729, cert. den. 382 U. S. 859). Order entered December 1, 1964 affirmed. Appeal from order entered April 6, 1965 dismissed. In the motion decided by the December 1, 1964 order, defendant sought to renew a previously denied motion for resentence (40 Misc 2d 108). It is our opinion that this motion, which we deem one for *coram nobis relief* (*People* v. *Machado,* 17 N Y 2d 440, 442), presents no cognizable ground for post-conviction relief. The order denying defendant's motion to secure certain records, which he claimed were needed to perfect the companion appeal, is not appealable (Code Crim. Pro., § 517). Furthermore, our disposition of the companion appeal renders defendant's request for these records academic. Ughetta, Acting P. J., Christ, Hill, Rabin and Benjamin, JJ., concur.

█ The People of the State of New York, Respondent, v. Alfonso Bell, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the Supreme Court, Kings County, entered October 10, 1963, which, without a hearing, denied his application to vacate a judgment of the former County Court, Kings County, rendered March 19, 1952, convicting him of robbery in the second degree (unarmed), upon a plea of guilty, and imposing sentence upon him as a second felony offender. The order was previously affirmed by this court (*People* v. *Bell,* 22 A D 2d 854), but thereafter, on March 22, 1965 this court vacated the order of affirmance, granted reargument and assigned counsel for defendant for such reargument; and reargument has been had. Upon reargument, order affirmed. No opinion. Ughetta, Acting P. J., Christ, Hill, Rabin and Benjamin, JJ., concur.